**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| SONIA TUCKER, | ) | CASE NO. 1:07CV2015 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MIDDLEBURG-LEGACY PLACE, | ) | |
| LLC AND JENNIFER LARSEN, | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its OPINION AND ORDER, ADOPTING the Magistraate Judge's Report and Recommendation IN PART, and DISMISSING the Amended Complaint in the above-captioned matter. Accordingly, this action is hereby terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

    S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

November 5, 2007